UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Roberto Pabon</u>

               v.

                                    Civil No. 15-cv-115-LM

<u>Cheshire County Department of</u>
<u>Corrections, Superintendent</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 17, 2015.

SO ORDERED.

                                                            _____
                                                             Landya B. McCafferty
                                                             United States District Judge

Date: May 1, 2015

cc:   Roberto Pabon, pro se