**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

Roberto Pabon

   v.                                                            Civil No. 15-cv-115-LM

Cheshire County Department of
Corrections Superintendent
Richard N. Van Wickler, and
Cheshire County

**O R D E R**

Plaintiff Roberto Pabon filed this action, pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Religious Land Use and Institutionalized Persons Act. Before the court is defendants' motion to dismiss (doc. no. 50), asserting that Pabon has failed to prosecute this action and failed to keep the court apprised of his current address.

On July 13, 2016, the court issued an Order (doc. no. 56) directing plaintiff either to file a notice stating that he intends to proceed with this action, or to seek voluntary dismissal of this matter, on or before August 1, 2016. The Order warned that failure to comply therewith could result in dismissal of this action.[1] Pabon has not filed any response to the Order.

---

[1] As plaintiff has not provided the court with an updated address, the Order was sent to plaintiff at what appears to be Pabon's mother's address in Connecticut. That mail has not been returned to the court.

For that reason, and for the reasons set forth in the July 13, 2016, Order (doc. no. 56), the defendants' motion to dismiss (doc. no. 50) is granted, and this matter is dismissed, without prejudice, for failure to prosecute. The Clerk's office is directed to terminate the other pending motions in this matter, enter judgment, and close the case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

August 8, 2016

cc: Roberto Pabon, pro se
    John A. Curran, Esq.