UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Roberto Pabon</u>

v.

<u>Cheshire County Department of Corrections,
Superintendent</u>

Civil No. 15-cv-115-LM

# **J U D G M E N T**

In accordance with the Order dated May 1, 2015, by District Judge Landya B. McCafferty approving the Report and Recommendation dated April 17, 2015, by Magistrate Andrea K. Johnstone, and the Order dated August 8, 2016, by District Judge Landya B. McCafferty, judgment is hereby entered.

By the Court,

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: August 8, 2016

cc:   Roberto Pabon, pro se
      John A. Curran, Esq.